IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE BUNDY,<br><br>Plaintiff,<br><br>vs.<br><br>LOUP VALLEY RURAL PUBLIC POWER DISTRICT,<br><br>Defendant. | 4:24CV192<br><br>**AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that the parties' Joint Motion to Extend the Progression Order is granted. (Filing No. 16). The final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for June 10, 2025 is **continued** and will be held with the undersigned magistrate judge on **August 5, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 15).

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is July 30, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 14, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial,

    (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):      June 11, 2025.

        For the defendant(s):      July 11, 2025.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):      July 11, 2025.

        For the defendant(s):      August 11, 2025.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 5, 2025.

    a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 8.

    b. Depositions will be limited by Rule 30(d)(1).

6) The deadline for filing motions to dismiss and motions for summary judgment is November 3, 2025.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 3, 2025.

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10) Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge