IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE BUNDY,<br><br>        Plaintiff,<br><br>vs.<br><br>LOUP VALLEY RURAL PUBLIC POWER DISTRICT,<br><br>        Defendant. | 8:24CV192<br><br>INDEX OF EVIDENCE |

The parties submitted dispute summaries and discovery documents for the court's consideration prior to the discovery dispute call on October 10, 2025. See Filing No. 35.

1. Plaintiff's Position Statement dated September 19, 2025.
2. Defendant's Answers to Plaintiff's Amended First Set of Interrogatories.
3. Defendant's Supplemental Responses to Plaintiff's Request for Production and responses to Plaintiff's Amended Requests.
4. Defendant's Position Statement dated September 19, 2025.
5. Email from Plaintiff following the parties' meet and confer dated October 9, 2025.

Dated this 10th day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge