IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE BUNDY,<br><br>                Plaintiff,<br><br>vs.<br><br>LOUP VALLEY RURAL PUBLIC POWER DISTRICT,<br><br>                Defendant. | 8:24CV192<br><br>**THIRD AMENDED FINAL PROGRESSION ORDER** |

    This matter comes before the court on the Plaintiff's Unopposed Oral Motion to Extend Case Progression Deadlines. (Filing No. 33). For good cause, that motion is granted. Accordingly,

    IT IS ORDERED that the final progression order is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for **November 3, 2025** is **continued** and will be held with the undersigned magistrate judge on **January 9, 2026** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 15).

2)    The deadline for Plaintiff to amend and reissue Requests for Production 4 and 5 as discussed during the October 10, 2025 discovery call is October 17, 2025.

3)    The deadline for Plaintiff to revise her initial disclosures and narrow her list of witnesses to those expected to testify at trial is October 31, 2025.

4)    The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure anticipated during the October 10,

2025 discovery dispute conference is October 31, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by November 28, 2025. Motion to compel will be limited to those issues raised and discussed during the October 10, 2025 call.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 27, 2026.

6) The deadline for filing motions to dismiss and motions for summary judgment is March 31, 2026.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 31, 2026.

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 10th day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge