IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DIANE BUNDY,

                    Plaintiff,

          vs.

LOUP VALLEY RURAL PUBLIC POWER
DISTRICT,

                    Defendant.

**4:24CV192**

**ORDER ON NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

This case is before the Court on Plaintiff's Notice to Dismiss without Prejudice. Filing 58. Because the opposing party has filed an Answer, Filing 12, Plaintiff's voluntary dismissal requires a court order. Fed. R. Civ. P. 41(a)(1)(A)(i). Federal Rule of Civil Procedure 41 provides further, "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). No party has filed a timely response to Plaintiff's Notice, so the Court concludes that dismissal without prejudice is proper. Accordingly,

IT IS ORDERED that Plaintiff's Notice to Dismiss without Prejudice, Filing 58, is granted, and this action is dismissed without prejudice.

The Clerk of Court shall close the case.

Dated this 17th day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1